PATRICK E. BAILEY [CA SBN 86875]
KEITH A. LOVENDOSKY [CA SBN 94302]
BAILEY & PARTNERS
A Professional Corporation
2800 28th Street, Suite 200
Santa Monica, California 90405-6203
Telephone:   (310) 392-5000
Facsimile:    (310) 392-8091
Email:         pbailey@baileypartners.com
                   Keith@pocrass.com

JAMES L. POCRASS [CA SBN 58033]
JAMES L. POCRASS LAW CORPORATION
1875 Century Park East, Suite 1750
Los Angeles, California 90067
Telephone:   (310) 550-9050
Facsimile:    (310) 550-9051
Email:         JPocrass@pocrass.com

JAMES A. ORONOZ [NV SBN 6769]
ORONOZ LAW OFFICES
815 South Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone:   (702) 878-2889
Facsimile:    (702) 474-1320
Email:         jim@oronozlawyers.com

Attorneys for Plaintiffs SUSIE LEAHY, individually and
SUSIE LEAHY AS GUARDIAN AD LITEM FOR
REBECCA SUSAN LEAHY, a minor, HANNAH JOH
LEAHY, aminor and WILLIAM JOHN LEAHY, III, a minor

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| SUSIE LEAHY, et al., | Case No. 2:10-cv-00082-GMN-PAL |
|---|---|
| Plaintiffs, | **ORDER ON JOINT MOTION REGARDING RECOVERY OF FIRE DAMAGED ENGINE AND AIR FRAME LOG BOOKS** |
| vs. | |
| LONE MOUNTAIN AVIATION, INC., et al., | |
| Defendants. | |

Having reviewed and considered the parties' Joint Motion for Order Regarding Recovery of Fire Damaged Engine and Air Frame Log Books,

IT IS ORDERED:

[PROPOSED] ORDER ON JOINT MOTION REGARDING RECOVERY OF FIRE DAMAGED ENGINE AND AIR FRAME LOG BOOKS

1.    The remains of the fire damaged engine and air frame log books relating to the accident aircraft in this case be transferred to BMS CAT, Inc.;

2.    BMS CAT, Inc. will digitally photograph the log book records and preserve the original log book records per its standard process;

3.    Digital photographs of the log book records will be disseminated to the parties by BMS CAT, Inc.

4.    BMS CAT, Inc. will retain the original log books at their storage site;

5.    The parties shall share in all expenses related to this activity, including storage.

DATED: April 19, 2011

_____
United States Magistrate Judge