J. Mitchell Cobeaga. Esq.
Nevada Bar No. 177
The Cobeaga Law Firm
550 E. Charleston Blvd., Suite D
Las Vegas, Nevada 89104
Tel: (702) 240-2499
Fax: (702) 240-2489
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSIE LEAHY, individually and SUSIE LEAHY AS GUARDIAN AD LITEM FOR REBECCA SUSAN LEAHY, a minor, HANNAH JOY LEAHY, a minor, and WILLIAM JOHN LEAHY, III, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> LONE MOUNTAIN AVIATION, INC., a corporation; and DOES 1 through 20, inclusive, <br><br> Defendants | CASE NO:   2:10-CV-0082 GMN-PAL |

**DEFENDANT LONE MOUNTAIN AVIATION, INC.'S MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**

Defendant, LONE MOUNTAIN AVIATION, INC., by and through its attorneys, THE COBEAGA LAW FIRM, do hereby move this honorable Court for an extension of time to file Dispositive Motions. This request is set forth in the attached Affidavit of J. Mitchell Cobeaga, Esq. It is not anticipated that counsel for Plaintiff will object to this extension. This is the first request for any extension.

/ / /
/ / /
/ / /
/ / /
/ / /

1   Accordingly, an extension of one week, to an including February 6, 2012, in which to file
2   said motions is hereby requested.

3   DATED the __24__ day of January, 2012.

THE COBEAGA LAW FIRM

*signature*

J. MITCHELL COBEAGA, ESQ.
Nevada Bar No. 0177
550 E. Charleston Blvd., Suite D
Las Vegas, Nevada 89104
*Attorneys for Defendant*
*Lone Mountain Aviation, Inc.*

**IT IS SO ORDERED** this 24th day of January, 2012.

*signature*
_____
Gloria M. Navarro
United States District Judge

# AFFIDAVIT OF J. MITCHELL COBEAGA, ESQ.

STATE OF NEVADA      )
                     ) ss:
COUNTY OF CLARK      )

I, J. MITCHELL COBEAGA, ESQ., hereby am duly sworn under penalty of perjury, that the following is true of my own personal knowledge:

1. By Order of this Court, Dispositive Motions are to filed by January 29, 2012.

2. There are two cases arising out of an aircraft accident which occurred here in Las Vegas on August 28, 2008. One is the pending action before this Court. The other is an action by the same Plaintiffs against another Defendant in a case styled SUSIE LEAHY, individually and SUSIE LEAHY AS GUARDIAN AD LITEM FOR REBECCA SUSAN LEAHY, a minor, HANNAH JOY LEAHY, a minor, and WILLIAM JOHN LEAHY, III, a minor v. SIGNATURE ENGINES, INC.; O&N AIRCRAFT MODIFICATIONS, INC.; AVIONICS, INC., presently pending in Federal Court in Cincinnati, Ohio.

3. The counsel for all parties in these two cases have been working together to coordinate discovery in order to cut down on duplication. In view of the fact that we have attorneys from four states involved in the case, certain depositions have been completed within the last two weeks.

4. Defendant Lone Mountain will be filing a Motion for Summary Judgment. This is an extremely complex case involving numerous experts, and a part of that Motion will be to exclude the testimony of Plaintiffs' experts based on *Daubert/Kumho* arguments. In order to properly set forth the basis for the *Daubert/Kumho* portion of the Motion, additional time is needed to obtain all transcripts and reports and to properly prepare the Motion.

5. Accordingly, Lone Mountain requests one additional week to properly prepare this Motion.

6. This present Motion is not brought for the purpose of any delay.

FURTHER AFFIANT SAYETH NAUGHT.

_____
J. MITCHELL COBEAGA, ESQ.

Sworn to before me this 24 day of January, 2012.

_____

DAWN M. DeROSA
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 06-102628-1
My Appt. Expires Jan. 5, 2014