PATRICK E. BAILEY (CA SBN 86875)
KEITH A. LOVENDOSKY (CA SBN 94302)
BAILEY & PARTNERS
A Professional Corporation
2800 28th Street, Suite 200
Santa Monica, California 90405
Telephone:	(310) 392-5000
Facsimile:	(310) 392-8091
Email:	pbailey@baileypartners.com
	klovendosky@baileypartners.com

JIM ORONOZ (NV SBN 6769)
ORONOZ ERICSSON LLC
700 South Third Street
Las Vegas, Nevada  89101
Telephone:	(702) 878-2889
Facsimile:	(702) 522-1542
Email:	jim@oronozlawyers.com

Attorneys for Plaintiffs SUSIE LEAHY, REBECCA SUSAN LEAHY, HANNAH JOY LEAHY and WILLIAM JOHN LEAHY, III

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SUSIE LEAHY, *et al.*,<br><br>                         Plaintiffs,<br><br>     vs.<br><br>LONE MOUNTAIN AVIATION, INC., *et al.*,<br><br>                         Defendants. | Case No. 2:10-CV-00082-GMN-(PAL)<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT LONE MOUNTAIN AVIATION, INC.'S MOTION *IN LIMINE* TO INTRODUCE EVIDENCE OF PLAINTIFF LEAHY'S REMARRIAGE** |

Plaintiff Susie Leahy, individually, and Susie Leahy as guardian *ad litem* for Rebecca Susan Leahy, a minor, Hannah Joy Leahy, a minor, and William John Leahy, III, a minor, submit the following points and authorities in opposition to Defendant Lone Mountain Aviation, Inc.'s ("LMA") motion *in limine* seeking to introduce evidence of plaintiff Susie Leahy's remarriage.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT

In this matter, plaintiffs have filed their own Motion i*n Limine* No. 4 to preclude any reference to plaintiff Susie Leahy's remarriage.

Inasmuch as that pleading filed as Docket No. 77 by the plaintiffs in this case contains plaintiff's point and authorities on this matter, plaintiffs incorporate that document by reference in opposition to LMA's present motion *in limine*.

### II.

### CONCLUSION

Based on the points and authorities continued in plaintiffs' Motion *in Limine* No. 4 to preclude evidence of her remarriage (Docket No. 77), it is respectfully submitted that this court give full force and effect to Nevada's wrongful death statutes which come into force and effect upon the death of the decedent and are designed to provide plaintiffs with the full benefit of damages permitted them by state statute.  To do otherwise, would provide a potential tortfeasor

such as LMA with a collateral benefit that it is not entitled to, to wit, taking advantage of potential changed financial circumstances based on a spouse's remarriage.

DATED: March 14, 2013

Respectfully submitted,

BAILEY & PARTNERS
A Professional Corporation

LAW OFFICE OF JIM ORONOZ

By: /s/Keith A. Lovendosky
Attorneys for Plaintiffs SUSIE LEAHY, REBECCA SUSAN LEAHY, HANNAH JOY LEAHY and WILLIAM JOHN LEAHY, III

## CERTIFICATE OF SERVICE

  I hereby certify that I served the foregoing, via electronic and/or first class mail, postage prepaid, on the following this 14th day of March, 2013:

J. Mitchell Cobeaga, Esq.
THE COBEAGA LAW FIRM
550 East Charleston Boulevard, Suite D
Las Vegas, Nevada  89104
Telephone: (702) 240-2499
Facsimile: (702) 240-2489
Email:  mcobeaga@cotomlaw.com
Attorneys for Defendant LONE MOUNTAIN AVIATION, INC.


  /s/Donna L. Simpson