# EXHIBIT A

```
 1  accident, you weren't working; right?
 2     A.  At the time of the accident, I was employed with
 3  Veritas Christian Academy, but I had just been employed,
 4  just started the job.
 5     Q.  And you left that job right after, you didn't
 6  stay there; correct?
 7     A.  No, I stayed there for two years, to support
 8  myself and the kids once he died.  I had no means
 9  otherwise.
10     Q.  Did you stop work -- would that be at or around
11  the time you got remarried you stopped working?
12     A.  Correct.
13     Q.  And you and your children moved to the Modesto
14  area?
15     A.  Yes.
16     Q.  And have you worked since?
17     A.  No.
18     Q.  Not that housewife is not --
19        MR. BAILEY:  I was about to say that is a
20  dangerous line.
21        MR. BROCKMAN:  That's why I kept saying outside
22  the home.
23        MR. YOUNG:  Q.  What is the youngest child that
24  you have, Trey?
25     A.  I have a newborn, but other than -- with my late
```
Page 70

```
 1  husband, Trey is the youngest, yes.
 2     Q.  So I take it -- do you home school your kids now?
 3     A.  I do not.  They go to a school all together, a
 4  Christian school.
 5     Q.  Do you have to pay for that, the private school?
 6     A.  Yes, it is a private school.
 7     Q.  Who pays for that?
 8     A.  Part of it is a gift from Bill's parents and the
 9  other part is what we bring forth for them out of the
10  savings that we have so far.
11     Q.  Do you have any plans to go back to work or do
12  you plan on just raising your children and being a
13  housewife, mother?
14     A.  I would like to stay home.
15        MR. YOUNG:  Thank you very much.  I'm sorry.
16
17        FURTHER EXAMINATION BY MR. BROCKMAN
18
19        MR. BROCKMAN:  I'm sorry, I have one more.
20     Q.  Did we ask you, where does Mr. Herr work?
21     A.  He works for Frito Lay in Modesto.
22     Q.  In Modesto?
23     A.  Yes.
24     Q.  Do you know what he does for them?
25     A.  He is a business manager, scheduling manager.
```
Page 71

```
 1        MR. BROCKMAN:  Thanks.
 2        MR. BAILEY:  I just want to have a brief consult
 3  with my client and we will be right back in.
 4        (A recess was taken from 3:22 to 3:25 p.m.)
 5
 6        EXAMINATION BY MR. BAILEY
 7
 8        MR. BAILEY:  Q.  It may be clear to everyone else
 9  in the room but it's not clear to me, that the ten
10  delivery flights for charity were strictly for MAF;
11  correct?
12     A.  MAF or the Catholic organization that he might
13  have worked with.  Most of them were for MAF, maybe one or
14  two were charity, but that certainly was not his total
15  ferry flights that he had ever done.
16        MR. BAILEY:  That's all I wanted to ask.
17
18        FURTHER EXAMINATION BY MR. YOUNG
19
20        MR. YOUNG:  Q.  I have another one then.  I won't
21  say I have one question because when a lawyer says I have
22  one question --
23        Can you approximate for me like 2005, '06, '07 on
24  average how many ferry flights he would do on a yearly
25  basis?
```
Page 72

```
 1     A.  I'm going to guess, ten.
 2     Q.  Annually?
 3     A.  Annually.
 4     Q.  Give or take three, four, whatever?
 5     A.  Exactly.
 6     Q.  And these are the whether it be a week long or
 7  three days or week long or two week long?
 8     A.  Correct.  It didn't matter.  Depended on where he
 9  was going.
10     Q.  Do you remember like that Indonesia trip how much
11  he made for that?
12     A.  No, to be honest with you.
13     Q.  Do you ever remember like the biggest ferry fee
14  he ever got, received?
15     A.  No.  I would have to go back and look at the
16  paperwork.
17        MR. YOUNG:  Thank you.
18
19        FURTHER EXAMINATION BY MR. BROCKMAN
20
21        MR. BROCKMAN:  I'm sorry, now I've got one.
22     Q.  When you said about ten a year, did that include
23  the work for the missionaries, whether it was the Catholic
24  one or the other one?
25     A.  Yes, it did.
```
Page 73

19 (Pages 70 to 73)